IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AMBER MITCHELL,** | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. **3:23-CV-185-L** |
| **SORENSON COMMUNICATION,** | § § § | |
| Defendant. | § | |

## JUDGMENT

The court issues this judgment pursuant to its order of December 21, 2023. It is, therefore, **ordered, adjudged, and decreed** that this action by Plaintiff Amber Mitchell ("Plaintiff") against Defendant Sorenson Communication ("Defendant") is **dismissed with prejudice**; that Plaintiff take nothing against Defendant; that all allowable and reasonable costs are taxed against Plaintiff; and that all relief not expressly granted herein is **denied**.

**Signed** this 21st day of December, 2023.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Judgment – Solo Page**